IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:20CR 71 |
| | § | Judge Mazzant |
| [REDACTED] | § | |
| TONY LEE WILKINSON (10) | § | |
| [REDACTED] | § | |



FILED
MAR 12 2020
Clerk, U.S. District Court
Texas Eastern

**Indictment/Notice of Penalty – Page 1**



§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime on or about January 2018, and continuously thereafter up to and including March 11, 2020, in the Eastern District of Texas and elsewhere,



Indictment/Notice of Penalty – Page 2



Tony Lee Wilkinson

Indictment/Notice of Penalty – Page 3

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Two

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about January 10, 2020, within the Northern District of Texas, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ defendant, did knowingly possess a firearm, namely, a Stoeger Cougar 9mm handgun, Serial Number T6429-14A01242, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture and distribute methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Three

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about December 26, 2019, within the Northern District of Texas, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ defendant, did knowingly possess firearms, namely, a Smith and Wesson Model SD-9, 9mm handgun, Serial Number FBA7223, and

a Pistolet Automatique Brevfte Model D, 7.65mm handgun, Serial Number D5803, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture and distribute methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Four

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about January 10, 2020, within the Northern District of Texas, ▮▮▮▮▮▮▮▮▮ defendant, did knowingly possess a firearm, namely, a Taurus PT145, .45 caliber handgun, Serial Number NWG89578, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture and distribute methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Five

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about January 29, 2020, within the Northern District of Texas, ▮▮▮▮▮▮▮▮▮ defendant, did knowingly possess a firearm, namely, a Smith and Wesson, 9mm handgun, Serial Number FXZ3234, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture and distribute methamphetamine.

In violation of 18 U.S.C. § 924(c).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

$7,1240.00 in U.S. currency seized from ▬▬▬▬▬▬▬▬▬▬▬

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____      _____
ERNEST GONZALEZ                                             Date
Assistant United States Attorney

Indictment/Notice of Penalty – Page 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | SEALED |
|---|---|---|
| | § | |
| v. | § | No. 4:20CR |
| | § | Judge |
|  | § | |
| TONY LEE WILKINSON (10) | § | |

Indictment/Notice of Penalty – Page 7

 § § § § § § § § § § § § § § § § § § § § § § § §

### Count One

Violation: 21 U.S.C. § 846

Penalty: If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

### Counts Two, Three, Four and Five

Violation: 18 U.S.C. § 924(c)

Penalty: Imprisonment for not more than five years to be served consecutive with any other term; a fine not to exceed $250,000, or both; a term of supervised release of not more than five years.

**Indictment/Notice of Penalty – Page 8**

Special Assessment: $100.00